Former decision, 559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1415.

**No. 09-8322. Derrick Williams, Petitioner v. United States.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3212.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 953, 130 S. Ct. 1543, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1417.

**No. 09-8369. Keith Russell Judd, Petitioner v. United States.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3267.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 954, 130 S. Ct. 1547, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1447.

**No. 09-8393. Clarence Randle, Jr., Petitioner v. California.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3168.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 995, 130 S. Ct. 1743, 176 L. Ed. 2d 217, 2010 U.S. LEXIS 2256.

**No. 09-8417. Wayne Anthony Beckford, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3209.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2011.

**No. 09-8426. Keith Russell Judd, Petitioner v. United States.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3232.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2131.

**No. 09-8432. Michael Nikiforakis, Petitioner v. Richard W. Stanek.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3214.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 981, 130 S. Ct. 1709, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2178.

**No. 09-8451. Calvin Wilson, Petitioner v. Florida.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 763, 2010 U.S. LEXIS 3248.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 981, 130 S. Ct. 1710, 176 L. Ed. 2d 196, 2010 U.S. LEXIS 2139.